## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

### SOUTHERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL FUENTES CORDOVA, LEOBARDO MORALES INCLAN, et al. on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>R & A OYSTERS, INC., RODNEY L. FOX, and ANN P. FOX<br><br>  Defendants. | Case No. 1:14-cv-00462-WS-M |

### NOTICE OF WITHDRAWAL OF CONSENT TO JOIN
### FLSA COLLECTIVE ACTION

Notice is hereby given that the following individuals have informed the Plaintiffs they would like to withdraw their consent to join this Fair Labor Standards Act Collective Action:

14. Jorge Luis Espinoza Arias

20. Pedro Pablo de la Cruz Hernandez.



Respectfully Submitted,

/s/ Meredith B. Stewart
Meredith B. Stewart* (Louisiana Bar No. 34109)
SOUTHERN POVERTY LAW CENTER
1055 St. Charles Avenue, Suite 505
New Orleans, LA 70130
Telephone: (504) 526-1497
Facsimile: (504) 486-8947
Meredith.stewart@splcenter.org
*Admitted Pro Hac Vice*

1

Eunice Hyunhye Cho* (California Bar No. 266417)
James Melvin Knoepp* (Georgia Bar No. 366241)
SOUTHERN POVERTY LAW CENTER
1989 College Ave. NE
Atlanta, GA 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
Eunice.cho@splcenter.org
Jim.knoepp@splcenter.org
*Admitted Pro Hac Vice*

Samuel Brooke (ASB-1172-L60B)
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile: (334) 956-8481
Samuel.brooke@splcenter.org


*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Meredith B. Stewart, do hereby certify that I served on this day, June 8, 2015, via ECF true and correct copies of the attached on counsel for all represented parties.


Dated:  June 8, 2015                       /s/ Meredith B. Stewart