UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| MIGUEL ANGEL FUENTES CORDOVA, LEOBARDO MORALES INCLAN, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R & A OYSTERS, INC., RODNEY L. FOX, and ANN P. FOX,<br><br>Defendants. | Case No. 1:14-cv-00462-WS-M |

**STIPULATED JUDGMENT**

Pursuant to Fed. R. Civ. P. 68(a), and in accordance with the Amended Offer of Judgment served on Plaintiffs by Defendants R&A Oyster Company, Inc., Rodney L. Fox, and Ann P. Fox ("Defendants") as to Count I (Fair Labor Standards Act non-retaliation claims), which certain Plaintiffs accepted by notice to Defendants on December 16, 2015, and which the Court approved on March 1, 2016 (Doc. 117), the Court enters judgment in favor of the following Plaintiffs and against Defendants, jointly and severally, on Plaintiffs' Count I Fair Labor Standards Act non-retaliation claims, in the amount of $30,080.66, as follows, plus costs accrued to date, prejudgment interest and Plaintiffs' reasonable attorneys' fees to be determined by the Court:

1. For Jorge Luis De la Cruz Torea and against Defendants:  $1,280.00.

2. For Mario Miguel Castellanos Casillas and against Defendants:  $1,431.72.

3. For Juan Hernandez Wilson and against Defendants:  $1,332.30.

1

4. For Miguel Angel Fuentes Cordova and against Defendants:  $898.50.

5. For Leovardo Dominguez Amezquita and against Defendants: $754.22.

6. For Leobardo Morales Inclan and against Defendants:: $841.10.

7. For Lisandro De la Cruz Torea and against Defendants:  $1,917.08.

8. For Raciel Alejandro De la Cruz and against Defendants:  $2,464.94.

9. For Obet Angulo Perez and against Defendants:  $1,062.92.

10. For Nacir Mendoza Wilson and against Defendants: $1,565.92.

11. For Silvia De la Cruz De la Cruz and against Defendants:  $3,643.66.

12. For Javier Hernandez Hernandez and against Defendants:  $1,374.04.

13. For Isidro De la Cruz Hernandez and against Defendants:  $1,043.10.

14. For Isaias De la Cruz Hernandez and against Defendants:  $1,824.26.

15. For Bartolo Alejandro De la Cruz and against Defendants:  $1,467.80.

16. For Asbel Angulo Quintana and against Defendants:  $4,722.40.

17. For Carmen Dominguez Wilson and against Defendants:  $553.88.

18. For Limberg Gerardo Torres Wilson and against Defendants:  $1,902.82.

19. Post-judgment interest will accrue at the federal rate.

20. Costs and Plaintiffs' reasonable attorneys' fees shall be taxed against Defendants for the Count I claims.  The Court shall retain jurisdiction to enter a separate judgment against Defendants for costs, pre-judgment interest and post-judgment interest (through the date of final judgment), and Plaintiffs' reasonable attorneys' fees to be determined by the Court.

DONE this 16th day of March, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE