## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL FUENTES CORDOVA, et al., etc., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION 14-0462-WS-M |
| | ) |
| R & A OYSTERS, INC., et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' joint motion to reinstate the case or, alternatively, to extend the period within which to reinstate the case. (Doc. 171).  The parties explain that their settlement is conditional upon the Court's certification of the settlement class and final approval of the settlement following a fairness hearing.  It does not appear to the Court that these steps can be taken in a closed case.  Therefore, the parties' motion is **granted in part**, and this action is **reinstated** to the Court's active docket, for the limited purpose of resolving motions related to class certification and final approval of the settlement.[1]  To the extent the parties seek additional, different or alternative relief, their motion is **denied**.

DONE and ORDERED this 17th day of August, 2016.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court, like the parties, anticipates that this matter may be finally concluded by December 13, 2016.