**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MIGUEL ANGEL FUENTES CORDOVA, ) LEOBARDO MORALES INCLAN, et al. ) on behalf of themselves and all others ) similarly situated, ) <br><br>          Plaintiffs, ) <br><br> v. ) <br><br> R & A OYSTERS, INC., RODNEY L. FOX, and ) ANN P. FOX, ) <br><br>          Defendants. ) | Case No. 1:14-cv-00462-WS-M |

**ORDER OF FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AGREEMENT AND ENTRY OF FINAL JUDGMENT**

This matter is before the Court on the Parties' Joint Motion for Final Approval of Class Action Settlement and Entry of Final Judgment.  (Doc. 184).  After careful consideration of the motion, the associated filings, the parties' presentations at the fairness hearing held this date, and all other relevant materials in the file, the motion is **granted** as to the breach of contract claim only.   IT IS HEREBY ORDERED:

1.   The Court previously granted preliminary approval to the class action settlement in this case on September 12, 2016.  Doc. 176.  The Court held a final fairness hearing with respect to the class action settlement on December 6, 2016.

2.   For purposes of the claims brought for breach of contract in this matter, which were previously conditionally certified by this Court for class action treatment pursuant to Federal Rule of Civil Procedure 23 (Doc. 175), the settlement covers the following class of individuals:

> [A]ll those individuals admitted as H-2B temporary foreign workers pursuant to 8 U.S.C. § 1101(a)(15)(H)(ii)(b), who were employed by the Defendants in Alabama between October 8, 2008 until the filing date of the present action, and who were paid on an hourly basis.

3. All of the class members identified were provided notice of this class action settlement and an opportunity to exclude themselves and/or file objections to the settlement. None did so. The Court finds that the notice given to the class satisfied the requirements of due process and Rule 23(e) of the Federal Rules of Civil Procedure.

4. No class members requested exclusion from the class action settlement by the November 25, 2016 deadline.

5. The Court approves the settlement of the breach of contract claim as fair, reasonable, and adequate and approves the amounts to be paid to the Plaintiffs and class members.

6. By means of this Order, the Court hereby enters final judgment in this action, as defined by Federal Rule of Civil Procedure 58(a)(1).

7. Without affecting the finality of this final judgment in any way, the Court retains jurisdiction of all matters related to the interpretation, administration, implementation, and enforcement of this Order and the settlement, but only with respect to the monetary terms of the settlement of the retaliation and breach of contract claims.

8. To the extent the parties seek different or additional relief, the motion is **denied**.

9. This action is also **dismissed with prejudice**, subject to the terms of the settlement agreement.

DONE and ORDERED this 6th day of December, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE